UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE NEW YORK CITY DIS-          26-cv-197 (JGK)
TRICT COUNCIL OF CARPENTERS PENSION
FUND, WELFARE FUND, ANNUITY FUND,           ORDER
AND APPRENTICESHIP, JOURNEYMAN RE-
TRAINING, EDUCATIONAL AND INDUSTRY
FUND, ET AL.,

                    Petitioners,

          - against -

EFRAIN JIMENEZ, JR. GENERAL CONTRAC-
TOR INC.,

                    Respondent.

JOHN G. KOELTL, District Judge:

Pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, the time for the respondent to answer was February 3, 2026. To date, no answer has been filed.

The time for the respondent to answer or respond to the petition is extended to **February 20, 2026.** Failure to respond to the petition by this date could result in a default judgment being entered against the respondent.

The petitioners should serve a copy of this Order on the respondent and file proof of service on the docket by **February 9, 2026.**

SO ORDERED.

Dated:     New York, New York
           February 5, 2026

                                    _____
                                         John G. Koeltl
                                    United States District Judge