**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, and APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, TRUSTEES OF THE NEW YORK CITY CARPENTERS RELIEF AND CHARITY FUND, and THE CARPENTER CONTRACTOR ALLIANCE OF METROPOLITAN NEW YORK,

                    Petitioners,

        -against-

EFRAIN JR. GENERAL CONTRACTOR INC. A/K/A EFFRAIN JIMENEZ JR GENERAL CONTRACTING INC.,

                    Respondent.
-----------------------------------------------------------------X

26 **CIVIL** 00197 (JGK)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated April 24, 2026, the petition to confirm the arbitration award is granted. The Clerk is directed to enter judgment as follows: 1) In the amount of $801,651.25, plus prejudgment interest thereon from September 12, 2025 to the date of the judgment, at an annual rate of 9.5% amounting to $47,571.96 in total interest. 2) $497.70 in attorneys' fees and $490 in costs related to this action. 3) Post judgment interest on the entire amount of the judgment, which shall accrue at the statutory rate. See 28 u.s.c. § 1961 (a).; accordingly, the case is closed.

**Dated**: New York, New York
     April 28, 2026

**TAMMI M. HELLWIG**

_____

**Clerk of Court**

**BY:**

_____

**Deputy Clerk**
